THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES FARNS-
WORTH, Appellant, against ROBERT E. MURPHY, as Warden of
Auburn State Prison, Respondent.

Argued January 13, 1953; decided April 9, 1953.

*M. Maurice Chacchia* and *James Farnsworth,* in person, for James Farnsworth, appellant.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr., Wendell P. Brown* and *Herman N. Harcourt* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 305 N. Y. 828.]